| | | | |
|---|---|---|---|
| AUSA: | Louis F. Meizlish | Telephone: | (313) 980-2682 |
| Agent: | Mark I. Vincent | Telephone: | (810) 989-5056 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

United States of America
   v.
Alejandro AMBROSIO-HERNANDEZ

Case: 2:25−mj−30656
Assigned To : Unassigned
Assign. Date : 10/22/2025
Description: CMP USA v
Ambrosio−Hernandez (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 20, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __October 22, 2025__

_____
*Judge's Signature*

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Mark I. Vincent, declare the following under penalty of perjury:

1. I am a Border Patrol agent with the U.S. Department of Homeland Security. I have been employed in this capacity since Dec. 14, 2009. Currently, I am assigned to the Marysville Border Patrol Station.

2. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and record checks of law enforcement databases. The information set forth below is for the limited purpose of establishing probable cause. Therefore, this affidavit does not necessarily contain all the information I collected during my investigation.

3. Alejandro AMBROSIO-HERNANDEZ is a native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an immigration officer.

4. On March 25, 2018, Border Patrol agents encountered AMBROSIO-HERNANDEZ at or near Alpine, Texas. Agents issued AMBROSIO-HERNANDEZ an expedited removal order and removed

him to Mexico the same day at or near the Presidio, Texas, Port of Entry.

5. On July 23, 2021, Border Patrol agents encountered AMBROSIO-HERNANDEZ at or near Laredo, Texas, and expelled him to Mexico given the circumstances of the COVID-19 pandemic. *See* 42 U.S.C. § 265.

6. On October 20, 2025, Border Patrol agents pulled over a vehicle AMBROSIO-HERNANDEZ was driving in or near Pontiac, in the Eastern District of Michigan. During the encounter, AMBROSIO-HERNANDEZ admitted to agents that he was unlawfully in the country.

7. Agents verified AMBROSIO-HERNANDEZ's identity and confirmed the foregoing immigration history during the encounter in Pontiac.

8. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is

reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

9. Review of the alien file (A# xxx xxx 496) for AMBROSIO-HERNANDEZ, and queries in U.S. Border Patrol computer databases confirm no record exists of AMBROSIO-HERNANDEZ obtaining the express permission of the attorney general or secretary of homeland security to re-enter the United States following his March 25, 2018, removal.

10. Based on the above information, I believe there is probable cause to conclude that Alejandro AMBROSIO-HERNANDEZ is an alien who was found in the United States after removal, in violation of 8 U.S.C. § 1326(a).

_____
Mark I. Vincent, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____

Honorable Anthony P. Patti
United States Magistrate Judge

October 22, 2025